RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wswlawlv.com
Attorney for Ronald Gene Kelly

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:15-CR-00127-RFB |
| ) | |
| RONALD GENE KELLY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION AND ORDER TO CONTINUE
SENTENCING DATE
(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between, Defendant Ronald Gene Kelly, by and through his counsel, Richard A. Wright, Esquire, of Wright Stanish & Winckler, and Plaintiff, United States of America, represented by Steven W. Myhre, Acting United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, that the sentencing hearing now set for Thursday, February 22, 2018, at 2:15 p.m., be continued to a date and time convenient to the court but no sooner than April 22, 2018. Mr. Kelly is in custody and concurs to this continuance.

The continuance is at the request of the Defendant Kelly due to a delay in preparing the presentence investigation report because of defense counsel's unavailability due to travel and conflicts.

1 | This is the first request for a continuance of the sentencing in this case.
2 | RESPECTFULLY SUBMITTED this 21st day of December, 2017.

WRIGHT STANISH & WINCKLER                    STEVEN W. MYHRE
                                             ACTING UNITED STATES ATTORNEY

BY  /s/ Richard A. Wright                    BY  /s/ Kathryn C. Newman
    RICHARD A. WRIGHT, ESQUIRE                   KATHRYN C. NEWMAN
    300 S. Fourth Street                         Assistant U.S. Attorney
    Suite 701                                    District of Nevada
    Las Vegas, NV 89101                          501 Las Vegas Boulevard South
    Attorney for Defendant Kelly                 Suite 1100
                                                 Las Vegas, NV 89101

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
            Plaintiff, )
                    vs. )
RONALD KELLY, )
            Defendant. )

CASE NO. 2:15-CR-00127-RFB

**ORDER**

Based on the Stipulation between Defendant Ronald Kelly, through counsel, and the Government, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued to __Thursday__, __May 3__, 2018 at 2:00 p.m.

DATED this __10th__ day of __January__, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge