RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wswlawlv.com
Attorney for Ronald Gene Kelly

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
        Plaintiff,  )
            vs.  )   CASE NO. 2:15-CR-00127-RFB
                               )
RONALD GENE KELLY,  )
        Defendant.  )
_____)

**STIPULATION AND ORDER TO CONTINUE**
**SENTENCING DATE**
**(Second Request)**

IT IS HEREBY STIPULATED AND AGREED, between, Defendant Ronald Gene Kelly, by and through his counsel, Richard A. Wright, Esquire, of Wright Stanish & Winckler, and Plaintiff, United States of America, represented by Dayle Elieson, United States Attorney, and Kathryn C. Newman, Assistant United States Attorney, that the sentencing hearing now set for Thursday, May 3, 2018, at 2:00 p.m., be vacated and continued for at least 3 months, or to a date and time to be set by this Honorable Court.

The continuance is at the request of the Defendant Kelly due to defense counsel's unavailability due to travel and conflicts.

Mr. Kelly is in custody and concurs in this requested continuance.

1     Assistant United States Attorney Kathryn C. Newman has a trial starting on June 19, 2018 and it is expected to last approximately a month.

    This is the second request for a continuance of the sentencing in this case.

    RESPECTFULLY SUBMITTED this 23rd day of April, 2018.

| WRIGHT STANISH & WINCKLER | DAYLE ELIESON<br>UNITED STATES ATTORNEY |
|---|---|
| BY /s/ Richard A. Wright<br>RICHARD A. WRIGHT, ESQUIRE<br>300 S. Fourth Street<br>Suite 701<br>Las Vegas, NV 89101<br>Attorney for Defendant Kelly | BY /s/ Kathryn C. Newman<br>KATHRYN C. NEWMAN<br>Assistant U.S. Attorney<br>District of Nevada<br>501 Las Vegas Boulevard South<br>Suite 1100<br>Las Vegas, NV 89101 |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:15-CR-00127-RFB |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| RONALD KELLY, ) | |
| Defendant. ) | |

Based on the Stipulation between Defendant Ronald Kelly, through counsel, and the Government, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued to  Thursday , August 9 , 2018 at  11:00  a.m.

DATED this  24th  day of  July , 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge