1 RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
2 WRIGHT STANISH & WINCKLER
300 S. Fourth Street
3 Suite 701
Las Vegas, NV 89101
4 Phone: (702) 382-4004
Fax: (702) 382-4800
5 rick@wswlawlv.com
Attorney for Ronald Gene Kelly

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:15-CR-00127-RFB |
| RONALD GENE KELLY, | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO CONTINUE
SENTENCING DATE
(Third Request)**

IT IS HEREBY STIPULATED AND AGREED, between, Defendant Ronald Gene Kelly, by and through his counsel, Richard A. Wright, Esquire, of Wright Stanish & Winckler, and Plaintiff, United States of America, represented by Dayle Elieson, United States Attorney, and John T. Mulcahy and Sara Kiewlicz, Assistant United States Attorney's, that the sentencing hearing now set for Thursday, August 9, 2018, at 11:00 a.m., be vacated and continued for at least 1 month, or to a date and time to be set by this Honorable Court.

The continuance is at the request of the Defendant Kelly due to defense counsel's unavailability due to travel and other commitments. Additionally, Mr. Kelly's parents hope to travel from Texas to be present at the sentencing hearing and the additional time will accommodate their plans.

1 | Mr. Kelly is in custody and requests this continuance.
2 | This is the third request for a continuance of the sentencing in this case.
3 | RESPECTFULLY SUBMITTED this 23rd day of July, 2018.

| WRIGHT STANISH & WINCKLER | DAYLE ELIESON |
| --- | --- |
| | UNITED STATES ATTORNEY |
| BY /s/ Richard A. Wright | BY /s/ John T. Mulcahy |
| RICHARD A. WRIGHT, ESQUIRE | JOHN T. MULCAHY |
| 300 S. Fourth Street | SARAH KIEWLICZ |
| Suite 701 | Assistant U.S. Attorney's |
| Las Vegas, NV 89101 | District of Nevada |
| Attorney for Defendant Kelly | 501 Las Vegas Boulevard South |
| | Suite 1100 |
| | Las Vegas, NV 89101 |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD KELLY,

    Defendant.

CASE NO. 2:15-CR-00127-RFB

**ORDER**

Based on the Stipulation between Defendant Ronald Kelly, through counsel, and the Government, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter set for August 6, 2018 is vacated and continued to <u>Friday</u>, <u>September 6</u>, 2018 at <u>3:00 PM</u>.

DATED this <u>27th</u> day of <u>July</u>, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge