RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wswlawlv.com
Attorney for Ronald Gene Kelly

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00127-RFB |
| Plaintiff, | **STIPULATION TO INCLUDE BUREAU OF PRISON DESIGNATION IN AN AMENDED JUDGMENT OF CONVICTION** |
| v. | |
| RONALD GENE KELLY, | |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, between, Defendant Ronald Gene Kelly, by and through his counsel, Richard A. Wright, Esquire, of Wright Stanish & Winckler, and Plaintiff, United States of America, represented by Dayle Elieson, United States Attorney, and John T. Mulcahy and Sarah Kiewlicz, Trial Attorneys, Department of Justice Tax Division, that the judgment of conviction entered on September 18, 2018, ECF 546, be amended to include Mr. Kelly's request for placement at FCI Bastrop in Texas.

This Stipulation is entered into for the following reasons:

1.      Mr. Kelly was sentenced on September 6, 2018.  ECF 543.

2.      Defense counsel neglected to inform the court of Mr. Kelly's request for BOP placement at FCI Bastrop in Texas at the conclusion of sentencing.

1

3. Mr. Kelly is in custody and now requests that his counsel inform the Court of

2

his request for a recommendation of BOP designation. Mr. Kelly understands that his

3

ultimate designation is determined by the BOP. He further recognizes that this Court may

4

only enter a recommendation for BOP designation.

5

4. Defense counsel has spoken with counsel for the government, and government's

6

counsel has no objection to this request.

7

DATED this 27 day of September, 2018.

8

9

BY: /s/ Richard A. Wright    BY: /s/ *Sarah Kiewlicz*

   RICHARD A. WRIGHT, ESQUIRE   JOHN T. MULCAHY

10

   300 S. Fourth Street       SARAH KIEWLICZ

11

   Suite 701         Trial Attorneys, DOJ Tax Division

   Las Vegas, NV 89101      601 D Street, Room 7025

12

   Attorney for Defendant Kelly    Washington, D.C. 20004

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00127-RFB |
| Plaintiff, | ORDER |
| v. | |
| RONALD GENE KELLY, | |
| Defendant. | |

     IT IS ORDERED that the Court shall include defendant's request and make the recommendation for BOP designation of FCI BASTROP in Texas.  An Amended Judgment of Conviction will be entered forthwith.

     DATED this  28th day of September, 2018.

RICHARD F. BOULWARE, II
United States District Judge

3